OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

# ACKNOWLEDGMENT OF HEARING NOTICE (PASADENA)

I acknowledge receipt of the notice of assignment showing my case:

| | |
|---|---|
| Case Number | 13-56126 |
| Case Title | Michael Hopkins v. BCI Coca-Cola Bottling Company of Los Angeles |

**assigned for hearing:**

| | | | | | |
|---|---|---|---|---|---|
| Date | June 3, 2015 | Time | 9:00 a.m. | Courtroom | 2 |
| Location | Pasadena, CA | | | | |

**Counsel to argue (or, if argument to be presented "in pro per" enter party information):**

| | |
|---|---|
| Name | Lena K. Sims, Esq. |
| Address | Littler Mendelson, P.C.<br>501 W. Broadway, Suite 900 |

| | | | | | |
|---|---|---|---|---|---|
| City | San Diego | State | CA | Zip Code | 92101-3577 |
| Phone | (619) 232-0441 | | Email Address | lsims@littler.com | |

| | |
|---|---|
| Party/parties represented | BCI Coca-Cola Bottling Company of Los Angeles |
| Special needs you may require in the courtroom | None. |

☞ **Counsel who have not entered an appearance in the case(s) listed above must file a separate Notice of Appearance using Appellate ECF.**

**Admission status (to be completed by attorneys only):**

⦿ I certify that I am admitted to practice before this Court.

◯ I certify that I am generally qualified for admission to practice before the bar of the Ninth Circuit and that I will immediately apply for admission (forms available at http://www.ca9.uscourts.gov).

| | | | |
|---|---|---|---|
| Signature (use "s/" format) | /s/ Lena K. Sims | Date | March 25, 2015 |

**Filing Instructions**
*Electronically:* Print the filled-in form to PDF (File > Print > *PDF Printer/Creator*), then, in Appellate ECF, choose Forms/Notices/Disclosures > File an Acknowledgment of Hearing Notice.
-or-
*US Mail:* Office of the Clerk, U.S. Court of Appeals, P.O. Box 91510, Pasadena CA 91109-1510
*Overnight:* Richard H. Chambers U.S. Court of Appeals Building, 125 South Grand Avenue, Pasadena CA 91105
Phone: 626-229-7250